## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-61552-Civ-COOKE/HUNT

STANLEY JANUSKA, individually
and on behalf of all others similarly situated,

     Plaintiff,

vs.

DUYWASHMAN LLC, a Florida Limited Liability
Company, GULU WASH, LLC, a Florida Limited
Liability Company, d/b/a 4Ever Young,

     Defendants.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own attorney's fees and costs, except as otherwise agreed in their Settlement Agreement. *See* Joint Stipulation for Dismissal (ECF No. 14). The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 16th day of September 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*